IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL KOZEL, an Individual, | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) |
| vs. | ) No. CIV-11-361-JHP |
| | ) |
| CITY OF McALESTER, a Municipal Corporation, | ) |
| McALESTER PD, JIM LYLES, Individually and | ) |
| in his official capacity as the McAlester Chief of | ) |
| Police, DAN TALBOT, in his individual | ) |
| capacity as a McAlester Municipal Officer, and | ) |
| JOHN DOE, individually and in his capacity | ) |
| as a McAlester Municipal Officer, | ) |
| | ) |
| Defendant(s) | ) |

## ADMINISTRATIVE CLOSING ORDER

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action as to all claims is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2) subject to the conditions set forth herein. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary. **This Administrative Closing Order shall mature into a final judgment pursuant to Fed.R.Civ.P. 54 and Fed.R.Civ.P. 58, if the parties fail to submit final closing papers within fifteen (15) days from the date of this order.**

Dated this 19th day of April, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma